PAMELA J. YATES (State Bar No. 137440)
Email address: pyates@kayescholer.com
ROBERT BARNES (State Bar No. 119515)
Email address: rbarnes@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants
VINTAGE PHARMACEUTICALS, LLC
dba QUALITEST PHARMACEUTICALS and
ENDO PHARMACEUTICALS INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESSICA GARZA; DAVID GARZA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENDO PHARMACEUTICALS; QUALITEST PHARMACEUTICALS; CVS CAREMARK; DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: EDCV-12-01585-CAS-(OPx)<br><br>ORDER GRANTING PROTECTIVE ORDER PER JOINT STIPULATION OF THE PARTIES<br><br>Discovery cut-off: September 27, 2013<br>Motion cut-off: October 11, 2013<br>Pretrial conference: January 6, 2014<br>Trial date: January 14, 2014 |

Having reviewed the attached Joint Stipulation of the parties, the Court finds good cause and grants the Proposed Protective Order as stipulated by the parties. It is so ordered.

Dated: January 18, 2013

_____
Honorable Oswald Parada
United States Magistrate Judge